UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:22-CR-255-1FL-RJ

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER GRANTING LEAVE OF |
| | ) | COURT TO DISMISS COUNTS II & IV |
| RIGOBERTO VELAZQUEZ-FLORES | ) | |

This matter comes now before the Court upon the United States's unopposed motion, by and through the United States Attorney, to grant it leave of court to dismiss Counts II and IV of the indictment in the above-captioned case. In the interest of justice and for the reasons stated in the government's motion, the Court hereby GRANTS the motion. As a result, the clerk is DIRECTED to terminate as moot defendant's motion in limine on multiplicity grounds (DE 66).

SO ORDERED.

This the _10th_ day of __October__, 2025.

_____
LOUISE W. FLANAGAN
United States District Judge