UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:22-CR-255-1FL-RJ

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER GRANTING GOVERNMENT |
| | ) | MOTION TO DISMISS |
| RIGOBERTO VELAZQUEZ-FLORES | ) | |

This matter comes now before the Court upon the United States' motion to dismiss the indictment in the above-captioned case. For the reasons stated in the government's motion, the Court hereby GRANTS the United States' motion.

SO ORDERED.

This the 18th day of December, 2025.

LOUISE W. FLANAGAN
United States District Judge